INITIATIVE LEGAL GROUP APC
Miriam L. Schimmel (SBN 185089)
MSchimmel@InitiativeLegal.com
David Cheng (SBN 240926)
DCheng@InitiativeLegal.com
Joshua Carlon (SBN 263838)
JCarlon@InitiativeLegal.com
1800 Century Park East, 2nd Floor
Los Angeles, California 90067
Tel:  (310) 556-5637
Fax:(310) 861-9051

Attorneys for Plaintiff Nino Abboushi

JS-6

MORGAN, LEWIS & BOCKIUS LLP
JOHN S. BATTENFELD, SBN 119513
jbattenfeld@morganlewis.com
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071
Tel:  213.612.2500
Fax:  213.612.2501

Attorneys for Defendants NEW YORK LIFE INSURANCE COMPANY and NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION

(ADDITIONAL COUNSEL ARE LISTED ON FOLLOWING PAGE)

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NINO ABBOUSHI, individually, and on behalf of others members of the general public similarly situated,<br><br>             Plaintiff,<br><br>      v.<br><br>NEW YORK LIFE INSURANCE COMPANY, a New York Corporation, NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION, a Delaware Corporation and DOES 1 through 10, inclusive,<br>                          Defendants. | Case No. SACV11-00242-JVS (RNBx)<br><br>**ORDER RE STIPULATION OF DISMISSAL** |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

**ORDER RE STIPULATION OF DISMISSAL**

DB2/ 23039055.1

1

2  MORGAN, LEWIS & BOCKIUS LLP
   JONATHAN C. ARNETT, SBN 255135
3  jarnett@morganlewis.com
   5 Park Plaza, Suite 1750
4  Irvine, CA  92614
   Tel:  949.399.7000
5  Fax:  949.399.7001

6  MORGAN, LEWIS & BOCKIUS LLP
   CHRISTOPHER K. RAMSEY *(Admitted Pro Hac Vice)*
7  cramsey@morganlewis.com
   One Oxford Centre
8  32nd Floor
   Pittsburgh, PA  15219
9  Tel:  412.560.3300
   Fax:  412.560.7001

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

2   **ORDER RE STIPULATION OF DISMISSAL**

DB2/ 23039055.1

WHEREAS, a Joint Stipulation of Dismissal was filed by Plaintiff Nino Abboushi and Defendants New York Life Insurance Company and New York Life Insurance and Annuity Corporation;

Based upon the foregoing, IT IS HEREBY ORDERED that the above-captioned action hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear its own costs and attorneys' fees, except as provided by agreement.

## **ORDER**

IT IS SO ORDERED.

Dated: May 10, 2012

_____
The Honorable James V. Selna