1  INITIATIVE LEGAL GROUP APC
   Miriam L. Schimmel (SBN 185089)
2  MSchimmel@InitiativeLegal.com
   David Cheng (SBN 240926)
3  DCheng@InitiativeLegal.com
   Joshua Carlon (SBN 263838)
4  JCarlon@InitiativeLegal.com
   1800 Century Park East, 2nd Floor
5  Los Angeles, California 90067
   Tel:  (310) 556-5637
6  Fax:(310) 861-9051

7  Attorneys for Plaintiff Nino Abboushi                    JS-6

8  MORGAN, LEWIS & BOCKIUS LLP
   JOHN S. BATTENFELD, SBN 119513
9  jbattenfeld@morganlewis.com
   300 South Grand Avenue, 22nd Floor
10 Los Angeles, CA 90071
   Tel:  213.612.2500
11 Fax:  213.612.2501

12 Attorneys for Defendants NEW YORK
   LIFE INSURANCE COMPANY and
13 NEW YORK LIFE INSURANCE AND
   ANNUITY CORPORATION
14
   (ADDITIONAL COUNSEL ARE LISTED ON
15 FOLLOWING PAGE)

16              **UNITED STATES DISTRICT COURT**

17              **CENTRAL DISTRICT OF CALIFORNIA**

18

| | |
|---|---|
| NINO ABBOUSHI, individually, and on behalf of others members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NEW YORK LIFE INSURANCE COMPANY, a New York Corporation, NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION, a Delaware Corporation and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. SACV11-00242-JVS (RNBx)<br><br>**ORDER RE STIPULATION OF DISMISSAL** |

MORGAN, LEWIS & BOCKIUS LLP
JONATHAN C. ARNETT, SBN 255135
jarnett@morganlewis.com
5 Park Plaza, Suite 1750
Irvine, CA 92614
Tel: 949.399.7000
Fax: 949.399.7001

MORGAN, LEWIS & BOCKIUS LLP
CHRISTOPHER K. RAMSEY *(Admitted Pro Hac Vice)*
cramsey@morganlewis.com
One Oxford Centre
32nd Floor
Pittsburgh, PA 15219
Tel: 412.560.3300
Fax: 412.560.7001

WHEREAS, a Joint Stipulation of Dismissal was filed by Plaintiff Nino Abboushi and Defendants New York Life Insurance Company and New York Life Insurance and Annuity Corporation;

Based upon the foregoing, IT IS HEREBY ORDERED that the above-captioned action hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own costs and attorneys' fees, except as provided by agreement.

## **ORDER**

IT IS SO ORDERED.

Dated: May 10, 2012

_____
The Honorable James V. Selna

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

DB2/ 23039055.1

3    **ORDER RE STIPULATION OF DISMISSAL**